# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

———————

THE BRINKMANN CORPORATION

*Appellant*,

v.

UNITED STATES INTERNATIONAL TRADE COMMISSION,

*Appellee*,

and

A&J MANUFACTURING, LLC, A&J MANUFACTURING, INC.,

*Intervenors.*

———————

## 2015-1751

———————

Appeal from the United States International Trade Commission in *Certain Multiple Mode Outdoor Grills And Parts Thereof*, Inv. No. 337-TA-895

———————

## THE BRINKMANN CORPORATION'S UNOPPOSED MOTION TO CORRECT THE CASE CAPTION

———————

Appellant The Brinkmann Corporation ("Brinkmann") hereby moves to reform the Official Caption as reflected on the electronic docket in this proceeding. As of August 24, 2015, Brinkmann's corporate name has changed to Outdoor Direct Corporation ("Outdoor Direct"). The change is reflected by a

-1-

Certificate of Filing issued by the Office of the Secretary of State for Texas and a

Certificate of Amendment to Articles of Incorporation of The Brinkmann

Corporation.  *See* Declaration of Gary A. Clark, ¶ 2 and Exs. A & B thereto.

  In accordance with the Practice Notes to Federal Circuit Rule 12,

Brinkmann/Outdoor Direct respectfully requests the Official Caption be reformed

to correct the name of the Appellant, as follows:

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

-----

OUTDOOR DIRECT CORPORATION

*Appellant*,

v.

UNITED STATES INTERNATIONAL TRADE COMMISSION,

*Appellee*,

and

A&J MANUFACTURING, LLC, A&J MANUFACTURING, INC.,

*Intervenors.*

-----

**2015-1751**

-----

Appeal from the United States International Trade Commission in *Certain Multiple Mode Outdoor Grills And Parts Thereof*, Inv. No. 337-TA-895

-----

Counsel for Brinkmann/Outdoor Direct has discussed this motion with counsel for Appellee United States International Trade Commission and counsel for Intervenors A&J Manufacturing, LLC and A&J Manufacturing, Inc.  The Appellee and Intervenors do not oppose this motion.

Dated:  October 7, 2015

Respectfully submitted,

/s/ Gary A. Clark
GARY A. CLARK
BRIDGETTE A. AGNESS
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
(213) 620-1780

*Counsel for Appellant*
*Outdoor Direct Corporation*
*f/k/a The Brinkmann Corporation*

# DECLARATION OF GARY A. CLARK

I, Gary A. Clark, principal attorney for Appellant The Brinkmann Corporation, declare as follows:

1.      This declaration is made in connection with The Brinkmann Corporation's Unopposed Motion to Correct the Case Caption.

2.      As of August 24, 2015, Brinkmann's corporate name has changed to Outdoor Direct Corporation.  The change is reflected in a Certificate of Filing issued by the Office of the Secretary of State for Texas ("Certificate of Filing") and a Certificate of Amendment to Articles of Incorporation of The Brinkmann Corporation ("Certificate of Amendment").  Attached hereto as Exhibits A and B, respectively, are true and correct copies of the Certificate of Filing and the Certificate of Amendment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2015.

/s/ Gary A. Clark_____
Gary A. Clark
*Attorney for Appellant*
*Outdoor Direct Corporation*
*f/k/a The Brinkmann Corporation*

# EXHIBIT A

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Carlos H. Cascos
Secretary of State

# Office of the Secretary of State

August 25, 2015

Corporation Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701 USA

----
RE: OUTDOOR DIRECT CORPORATION
File Number: 36658500

It has been our pleasure to file the Certificate of Amendment for the referenced entity. Enclosed is the certificate evidencing filing. Payment of the filing fee is acknowledged by this letter.

If we may be of further service at any time, please let us know.

Sincerely,

Corporations Section
Business & Public Filings Division
(512) 463-5555

Enclosure

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555              Fax: (512) 463-5709              Dial: 7-1-1 for Relay Services
Prepared by: Virginia Tobias              TID: 10323              Document: 626789560002



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Carlos H. Cascos
Secretary of State

# Office of the Secretary of State

## CERTIFICATE OF FILING
## OF

## OUTDOOR DIRECT CORPORATION
### 36658500

### [formerly: THE BRINKMANN CORPORATION]

The undersigned, as Secretary of State of Texas, hereby certifies that a Certificate of Amendment for the above named entity has been received in this office and has been found to conform to the applicable provisions of law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing filing effective on the date shown below.

Dated: 08/24/2015

Effective: 08/24/2015



Carlos H. Cascos
Secretary of State

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555
Prepared by: Virginia Tobias

Fax: (512) 463-5709
TID: 10303

Dial: 7-1-1 for Relay Services
Document: 626789560002

# EXHIBIT B

**CERTIFICATE OF AMENDMENT**

**TO**

**ARTICLES OF INCORPORATION**

**OF**

**THE BRINKMANN CORPORATION**

FILED
In the Office of the
Secretary of State of Texas
AUG 2 4 2015
Corporations Section

August /5, 2015

THE BRINKMANN CORPORATION, a corporation organized and existing under the laws of the State of Texas (the "*Corporation*"), does hereby certify that:

1.     The original Articles of Incorporation of the Corporation (as amended, the "*Articles*") was filed with the Secretary of State of the State of Texas (the "*Texas Secretary of State*") on September 5, 1975 under the name "THE BRINKMANN CORPORATION."

2.     The Corporation hereby amends the Articles by amending and restating in its entirety ARTICLE ONE of the Articles, relating to the name of the Corporation, and, as so amended and restated, such ARTICLE ONE shall read as follows:

"ARTICLE ONE

The name of the corporation is OUTDOOR DIRECT CORPORATION."

3.     The amendment effected hereby has been approved in the manner required by the Business Organizations Code of the State of Texas and by the Articles and By-Laws of the Corporation.

*[Signature page follows]*

IN WITNESS WHEREOF, the undersigned has duly executed this Certificate of Amendment to Articles of Incorporation as of the date first written above.

THE BRINKMANN CORPORATION,
a Texas corporation

By: _____
J. Baxter Brinkmann, President

*[SIGNATURE PAGE TO CERTIFICATE OF AMENDMENT TO ARTICLES OF INCORPORATION OF THE BRINKMANN CORPORATION]*

Form 9

FORM 9. Certificate of Interest

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

The Brinkmann Corporation _____ v. United States International Trade Commission

No. 2015-1751

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Petitioner The Brinkmann Corporation certifies the following (use "None" if applicable; use extra sheets if necessary):

1.     The full name of every party or amicus represented by me is:

Outdoor Direct Corporation (f/k/a The Brinkmann Corporation)

2.     The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Outdoor Direct Corporation (f/k/a The Brinkmann Corporation)

3.     All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

J. Baxter Brinkmann International Corporation

4.  ☑  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Sheppard, Mullin, Richter & Hampton, LLP - Gary A. Clark, Bridgette A. Agness, Andrew T. Kim, Nathanial Bruno, Carrie Ross, and Ariel Fox Johnson

| October 7, 2015 | /s/ Gary A. Clark |
|---|---|
| Date | Signature of counsel |
| | Gary A. Clark |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: _____

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing THE BRINKMANN CORPORATION'S UNOPPOSED MOTION TO CORRECT THE CASE CAPTION, was served via the Court's CM/ECF system to the parties this **7th** day of **October 2015**:

| | |
|---|---|
| Cathy Chen, Esq.<br>Attorney Advisor<br>Office of the General Counsel<br>U.S. International Trade Commission<br>500 E. Street, SW, Room 119<br>Washington, DC 20436 | ☐ Via Hand Delivery<br>☐ Via First Class Mail<br>☐ Via Overnight Delivery<br>☒ Via Electronic Mail<br>(cathy.chen@usitc.gov) |

| | |
|---|---|
| ***Counsel for Complainants A&J Manufacturing LLC and A&J Manufacturing, Inc.*** | |
| V. James Adduci, II<br>Michael L. Doane<br>Thomas R. Burns, Jr.<br>**Adduci, Mastriani & Schaumberg, LLP**<br>1133 Connecticut Avenue, NW<br>Washington, DC 20036 | ☐ Via Hand Delivery<br>☐ Via First Class Mail<br>☐ Via Overnight Delivery<br>☒ Via Electronic Mail:<br>(Char@adduci.com) |
| Lance D. Reich<br>HAN SANTOS, PLLC<br>1411 4th Avenue, Suite 760<br>Seattle, WA 98101 | ☐ Via Hand Delivery<br>☐ Via First Class Mail<br>☐ Via Overnight Delivery<br>☒ Via Electronic Mail:<br>(lance@hansantos.com) |
| Robert J. Carlson<br>**Lee & Hayes, PLLC**<br>701 Pike Street, Suite 1600<br>Seattle, WA 98101 | ☐ Via Hand Delivery<br>☐ Via First Class Mail<br>☐ Via Overnight Delivery<br>☒ Via Electronic Mail:<br>(AJITC895@leehayes.com) |
| ***Counsel for Respondents Char-Broil, LLC. and***<br>***Zhejiang Fudeer Electric Appliance Co., Ltd.*** | |
| John W. Harbin, Esq.<br>**Meunier Carlin & Curfman, LLC**<br>999 Peachtree Street, N.E., Ste. 1300<br>Atlanta, Georgia 30309 | ☐ Via Hand Delivery<br>☐ Via First Class Mail<br>☐ Via Overnight Delivery<br>☒ Via Electronic Mail:<br>jharbin@mcciplaw.com |

| **Counsel for Respondents Outdoor Leisure Products, Inc. and Dongguan Kingsun Enterprises, Co., Ltd.** | |
|---|---|
| Michael R. Dzwonczyk<br>Brian K. Shelton<br>Mark Boland<br>**Sughrue Mion, PLLC**<br>2100 Pennsylvania Avenue, NW Suite 800<br>Washington, D.C.  20037 | ☐   Via Hand Delivery<br>☐   Via First Class Mail<br>☐   Via Overnight Delivery<br>☒   Via Electronic Mail:<br>    (L10804@sughrue.com) |

Betty Rodriguez
_____
Betty Rodriguez